IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
JOHN WILSON,                        )
                                    )    2:07-cv-068-GEB-EFB
            Plaintiff,              )
                                    )
     v.                             )    ORDER
                                    )
MERCK & COMPANY, INC., et al.,      )
                                    )
            Defendants.             )
                                    )
```

      ced Since it appears likely that this action will be transferred to In re VIOXX Products Liability Litigation, Multidistrict Litigation Proceeding No. 1657 in the Eastern District of Louisiana ("MDL-1657"), in the interest of judicial economy, the pending motions are deemed withdrawn and all hearings on the motions vacated, with the understanding that the motions could be re-noticed for hearing in this Court if the action is not transferred to MDL-1657, or could be noticed in front of the judge assigned to MDL-1657 after the action is transferred.

      ced Upon entry of this Order, further proceedings in this action are stayed pending a decision on whether this action will be transferred to MDL-1657, except Defendant Merck & Company, Inc.

1

("Defendant") shall file a status report no later than June 11, 2007, in which it explains the status of its effort to transfer this action to MDL-1657.

IT IS SO ORDERED.

Dated: March 12, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge